Brij MOHAN, M.D., Respondent,

v.

EASTON RADIOLOGY ASSOCIATES,
P.C., Petitioner.

Supreme Court of Pennsylvania.

Oct. 31, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of October, 2006, the Petition for Allowance of Appeal is hereby **GRANTED.** It is further ordered that the Order of the Superior Court affirming the judgment of the trial court is **VACATED.**

This Court concludes that the Superior Court erred in finding that the trial court's *sua sponte* entry of a directed verdict was harmless error, as its determination was premised upon an issue also raised *sua sponte* by the trial court. This is, in itself, reversible error. *See, Zeigler v. Church of the Brethren General Board,* 570 Pa. 2, 807 A.2d 872 (2002). Therefore, it is hereby ordered that this case be **REMANDED** to the Superior Court with instructions to remand the matter to the trial court for a new trial.